**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**UNITED STATES OF AMERICA**

vs. 4:09-CR-00242-01-BRW

**TAMAR BROWN**

### ORDER

Pending is the Petition for Summons for Offender Under Supervision (Doc. No. 34). The Clerk's office is directed to issue a summons for the defendant, Tamar Brown, and a Hearing on the Motion is set for **Tuesday, December 15, 2015 at 10:00 a.m.**, **before the Honorable Billy Roy Wilson, Richard Sheppard Arnold United States Courthouse, 500 West Capitol**, <u>**Courtroom #389**</u>, Little Rock, Arkansas. Latrece Gray, Assistant Federal Public Defender, is appointed to represent Mr. Brown.

IT IS SO ORDERED this 19th day of November, 2015.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE