**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**UNITED STATES OF AMERICA**

vs. 4:09-CR-00242-01-BRW

**TAMAR BROWN**

## ORDER

Pending is the Petition for Summons for Offender Under Supervision (Doc. No. 34). The Clerk's office is directed to issue a summons for the defendant, Tamar Brown, and a Hearing on the Motion reset for **Wednesday, December 16, 2015 at 10:45 a.m.**, **before the Honorable Billy Roy Wilson, Richard Sheppard Arnold United States Courthouse, 500 West Capitol**, <u>**Courtroom #389**</u>, Little Rock, Arkansas.

IT IS SO ORDERED this 14th day of December, 2015.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE